UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| BELHUMEUR, JOSHUA | ) | BANKRUPTCY CASE 08-12613 |
| BELHUMEUR, SHAUNA L | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Dustin M. Roach, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed his Final Report And Distribution Summary on September 3, 2009, and issued checks as proposed in said proposed distribution.

3. That Check #111 issued to Verizon North, Inc., on September 24, 2009 in the amount of $15.67 was never cashed by the Creditor.

4. That the Trustee hereby gives notice that such amount of $15.67, payable to Verizon North, Inc., is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260/424-8132
dmroach@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of January 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to:  Verizon North Inc., AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701.

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee